UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

ALFONSO MORA,

                Plaintiffs,

- against -

BROOKFIELD FINANCIAL PROPERTIES, L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC., VERIZON NEW YORK, INC.,

                Defendants.

21 MC 102 (AKH)

DOCKET NO.

**08-CV-01646**

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Verizon, New York, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                                        Anna Tse

Sworn to before me on this
/ day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__